IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv–00714-ZLW

FERNANDO BUSTILLO,

    Applicant,

v.

ROBERT A. HOOD, Warden,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion for Order Directing Mary Sosa and Warden R. Wiley to Cease Confiscating and Destroying All Correspondence Mailed to Friends and Relative Requesting Them to Commence Payment of Filing Fees" filed on August 2, 2005, will not be considered and is DENIED because this case was dismissed and currently is on appeal to the United States Court of Appeals for the Tenth Circuit.

Dated: August 3, 2005

Copies of this Minute Order mailed on August 3, 2005, to the following:

Fernando Bustillo
Reg. No. 02530-051
ADX-Florence
P.O. Box 8500
Florence, CO 81226

                                                                  Secretary/Deputy Clerk